===============================================================

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

===============================================================

IN RE:

                                                   CASE #: 16-18236

Valerie L. Holt
DEBTOR                                             CHAPTER 13


Valerie L. Holt
Movant                                            Adversary Proceeding   19-00178
V

Kenyette Smothers
Respondent


## CERTIFICATE OF SERVICE

I hereby certify that I am an adult over the age of 18 and not a party to this proceeding.

I hereby certify that the Summons, Pretrial Notice and Complaint were mailed by first class mail, postage prepaid on June 11, 2019 to:

                              Kenyette Smothers
                              709 E. 36th St
                              Baltimore, MD   21218
                              And to
                              PO Box 16003
                              Baltimore, MD   21218


Under penalties of perjury, I declare the foregoing to be true.

/s/ Jeffrey P. Nesson
Jeffrey P. Nesson
11421 Reisterstown Rd
Owings Mills, MD 21117
(410)363-4488
Bar #02512